# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                                          Case No. 6:11-cr-155-Orl-22KRS

**MICHAEL E. MURRAY**
_____/

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 55), to which there has been a Notice of No Objection filed by the Government and a Notice of No Objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Indictment is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled via separate Notice.

**DATED** in Orlando, Florida, on June 19, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies to:
Counsel of Record
U. S. Marshal Service
U. S. Probation Office
U. S. Pretrial Services